**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01300-CR

**CHARLES EDWARD SIELOFF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-35795**

## ORDER

Appellant's motion to take judicial notice of records is **DENIED**.

The Dallas County District Clerk is **ORDERED** to file, within ten days of the date of this order, a supplemental clerk's record containing five pass slips bearing the "RESET DATE[s]" of 11 August 2011, 1 December 2011, 21 December 2011, 26 January 2012, and 26 April 2012 in the underlying case number F10-35795.

/s/      DAVID L. BRIDGES
         PRESIDING JUSTICE